MICHAEL FITZGERALD, Respondent, *v.* THE SUPREME COUNCIL OF THE CATHOLIC MUTUAL BENEFIT ASSOCIATION, Appellant.

*Fitzgerald* v. *Supreme Council*, 39 App. Div. 251, affirmed.
(Argued April 29, 1901; decided May 14, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

March 22, 1899, reversing a judgment in favor of defendant entered upon a verdict directed by the court and granting a new trial.

*John Cunneen* and *John J. Hynes* for appellant.

*L. C. Rowe* and *E. H. Foley* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs ; no opinion.

Concur: PARKER, Ch. J., GRAY BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.